<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____
JOSEPH C. CASSINI III,                    :      Case: 2:15-CV-06544-SDW-SCM
                                          :
        Plaintiff,                       :
                                          :
v.                                        :
                                          :
GOODING & COMPANY, INC.,                  :      **ORDER**
DAVID GOODING; and                        :
PAUL EMPLE,                               :
        Defendants.                      :
_____    :      April 8, 2016

**WIGENTON**, District Judge

    This matter, having come before this Court on the Report and Recommendation ("R&R") of Magistrate Judge Steven C. Mannion ("Judge Mannion"), and this Court having thoroughly reviewed Judge Mannion's R&R and Defendants' objections thereto,

    **IT IS** on this 8th day of April, 2016,

    **ORDERED** that this Court hereby adopts the R&R with modifications; (1) the Gooding Defendants' Motions to Dismiss and to Transfer are **DENIED** without prejudice, (2) Defendant Emple's Motion to Dismiss is **GRANTED**, (3) Emple's Motion for Sanctions is **DENIED**, and (4) Plaintiff's Cross-Motion for Jurisdictional Discovery as to the Gooding Defendants is **GRANTED** and must be completed within sixty (60) days from the date of this Opinion.

**SO ORDERED.**

                                                                                     s/ Susan D. Wigenton, U.S.D.J.

    Orig:  Clerk
    cc:     Parties
             Steven C. Mannion, U.S.M.J.